In the Matter of the Probate of the Will of CHICO SCHNEIDER, Deceased. LISA P. SCHNEIDER et al., Appellants; RITA A. MAHOOL et al., Respondents.

Argued May 19, 1948; decided June 11, 1948.

_David J. Levy, Saul A. Finkel, Hyman D. Lehrich, Cornelius J. Smyth_ and _Dennis K. Keller_ for appellants.

_Harold H. Corbin, Stuart Sprague, Joseph V. O'Leary, Francis B. Delehanty, Jr.,_ and _L. Arnold Weissberger_ for respondents.

Order of Appellate Division and decree of Surrogate's Court affirmed, with costs to the respondents payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.